IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

STANLEY AUBREY BAKER,      )
                                    )
    Petitioner,           )
                                      )     CIV. A. NO. 19-0610-JB
v.                             )
                                    )     CRIM. A. NO. 15-0291-JB-MU-1
UNITED STATES OF AMERICA,   )
                                    )
    Respondent.       )

<u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

**DONE** this 30th day of November 2021.


 s/JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

STANLEY AUBREY BAKER,     )
          )
     Petitioner,     )
          )     CIV. A. NO. 19-0610-JB
v.     )
          )     CRIM. A. NO. 15-0291-JB-MU-1
UNITED STATES OF AMERICA,     )
          )
     Respondent.     )

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

**DONE** this _____ day of _____, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

STANLEY AUBREY BAKER, )
)
    Petitioner, )
)    CIV. A. NO. 19-0610-JB
v. )
)    CRIM. A. NO. 15-0291-JB-MU-1
UNITED STATES OF AMERICA, )
)
    Respondent. )

## **JUDGMENT**

    In accordance with the order entered on this date, it is hereby **ORDERED,**

**ADJUDGED,** and **DECREED** that Petitioner's motion to vacate, set aside or correct

his sentence under § 2255 (Doc. 100) is **DENIED**. Petitioner is not entitled to a

certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis*.

    **DONE** this _____ day of _____, 2021.


_____
CHIEF UNITED STATES DISTRICT JUDGE